(Official Form 1) (10/05)

# United States Bankruptcy Court
## NORTHERN District of ILLINOIS

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>BALDWIN, PHYLLIS N. | **Name of Joint Debtor** (Spouse) (Last, First, Middle):<br>BALDWIN, SHAWN D. |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): **0853** | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): **2880** |
| Street Address of Debtor (No. & Street, City, and State):<br>1601 S. STATE STREET<br>7E<br>CHICAGO, ILLINOIS<br>ZIPCODE **60616** | Street Address of Joint Debtor (No. & Street, City, and State):<br>1601 S. STATE STREET<br>7E<br>CHICAGO, ILLINOIS<br>ZIPCODE **60616** |
| County of Residence or of the Principal Place of Business: COOK | County of Residence or of the Principal Place of Business: COOK |
| Mailing Address of Debtor (if different from street address): SAME | Mailing Address of Joint Debtor (if different from street address): SAME |

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor** (Form of Organization) (Check one box.)
- [x] Individual (includes Joint Debtors)
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [x] Other (If debtor is not one of the above entities, check this box and provide the information requested below.)

State type of entity: _____

**Nature of Business** (Check all applicable boxes.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [x] Chapter 11
- [ ] Chapter 9
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [x] Consumer/Non-Business
- [ ] Business

**Filing Fee** (Check one box)
- [ ] Full Filing Fee attached
- [x] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors:

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets:

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

Estimated Debts:

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

**FILED SEP 04 2009 KENNETH S. GARDNER, CLERK, PS REP. - MBM, UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS**

(Official Form 1) (10/05)                                                                                              FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>PHYLLIS N. AND SHAWN D. BALDWIN |
|---|---|

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than one, attach additional sheet)

| Location Where Filed: N/A | Case Number: N/A | Date Filed: N/A |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: N/A | Case Number: N/A | Date Filed: N/A |
|---|---|---|
| District: N/A | Relationship: N/A | Judge: N/A |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

N/A

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

*(To be completed if debtor is an individual whose debts are primarily consumer debts.)*

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.
I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X _____N/A_____
Signature of Attorney for Debtor(s)      Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Certification Concerning Debt Counseling by Individual/Joint Debtor(s)

☑ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.

☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.)

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property

*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

N/A
_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

(Official Form 1) (10/05)

FORM B1, Page 3

**Voluntary Petition**

*(This page must be completed and filed in every case)*

Name of Debtor(s): PHYLLIS N. AND SHAWN D. BALDWIN

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signed]*
Signature of Debtor

X *[signed]*
Signature of Joint Debtor

312.913.1223
Telephone Number (If not represented by attorney)

SEPTEMBER 4, 2009
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X N/A
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney

X N/A
Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s)

Firm Name

Address

Telephone Number

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

N/A
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X N/A
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

MASTER LIST

UNSECURED

| | | |
|---|---|---|
| 1. Northern Trust<br>50 South LaSalle Street<br>Chicago, Illinois 60675 | $55,000.00 | Acct 02000583068 |
| 2. Citi Cards<br>701 E. 60th St. N<br>Sioux, SD 57104 | $11,875.00 | Acct 5424180416582564 |
| 3. Pediatric Faculty Foundation<br>PO Box 2787<br>Springfield, IL 62708-2787 | $6,345.00 | Acct 54-6507092 |
| 4. DSNB/MACY'S<br>9111 Duke BLVD<br>Mason, OH 45040 | $1,134.00 | Acct 43759191707 |
| 5. Bank of America<br>4060 Ogletown Stan<br>Mail code DES-019<br>Newark, DE 19713 | $15,705.00 | Acct 5490350321825825 |
| 6. American Express<br>PO Box 981537<br>EL Paso, TX 79998 | $30,336.00 | Acct 3499913420594173 |
| 7. Fourth Group<br>22 E. Cullerton St. #1<br>Chicago, IL 60616 | $18,462.01 | Unit 7E |
| 8. Federated Financial Corp<br>Advanta<br>30955 Northwestern<br>Farmington Hills, MI 48334 | $ 20,600.26 | Acct 5584189706600149 |
| 9. Northwestern Memorial<br>Hospital<br>PO Box 73690<br>Chicago, IL 60673-7690 | $13,597.76 | Acct 66525890-001 |
| 10. Chase Bank USA NA<br>800 Brooksedge Blvd<br>Westerville, OH 43081 | $3,009.00 | Acct 560364294220524 |

| | | |
|---|---|---|
| 11. Professional Credit Control<br>1731 Howe Ave. #359<br>Sacramento, CA 95825 | $12,790.13 | Acct 4547 |
| 12. Rudy Sabbagha, M.D.<br>680 Lake Shore Drive, Suite 1430<br>Chicago, IL 60611 | $1,290.00 | Acct 39471 |
| 13. Verizon Wireless<br>777 Big Timber Road<br>Elgin, IL 60123 | $3,795.63 | Acct 880329211-00001 |
| 14. Verizon Wireless<br>777 big Timber Road<br>Elgin, IL 60123 | $7,021.12 | Acct 088033237600001 |
| 15. Children's Memorial<br>Medical Center<br>75 Remittance DR.<br>Suite 92611<br>Chicago, IL 60675-2611 | $500.00 | Acct 0503901077 |

JUDGEMENTS

| | |
|---|---|
| 16. George Foster<br>Weltman Weinberg & reis<br>180 N. LaSalle St. # 240<br>Chicago, Il 60601 | $126,991.00 |
| 17. David S. Canon<br>Allen Keith E. Offices law<br>333 W Wacker Drive<br>Chicago, Il 60606 | $50,000.00 |
| 18. Rockrose Development<br>111 Centre Street<br>New York, New York 10013 | $17,115.00 |
| 19. Specialist Holdings<br>Norman Hanfling<br>208 S. LaSalle #1400<br>Chicago, IL 60604 | $440,000.00 |

20. NNN123                          $74,223.51
    Fox Hefter Swibel & Carro
    200 W. Madison #300
    Chicago, Il 60606

21. Bank of Montreal/ Harris Trust  $120849.00
    Teller Levit Silvertrust
    11 East Adams 8th Flr
    Chicago Il, 60603

22. Northern Trust                  $52,359.00
    Latimer Levay Jurasek LLC
    55 West Monroe #1100
    Chicago Il, 60603

23. Milburn Holdings LLC            $100,000.00
    Foley & Lardner
    321 N. Clark #2800
    Chicago, Il 60654

REAL ESTATE

24. National City Bank              $296,177.00         Acct 448961832110
    4661 E. Main St.
    Columbus, OH 43213

25. Washington Mutal                $964,991.00         Acct 908301058
    11200 W. Parkland A
    PO Box 3139
    Milwaukee, WI 53224

UNSECURED TOP 20

| | | |
|---|---|---|
| 1. Northern Trust<br>50 South LaSalle Street<br>Chicago, Illinois 60675 | $55,000.00 | Acct 02000583068 |
| 2. Citi Cards<br>701 E. 60th St. N<br>Sioux, SD 57104 | $11,875.00 | Acct 5424180416582564 |
| 3. Pediatric Faculty Foundation<br>PO Box 2787<br>Springfield, IL 62708-2787 | $6,345.00 | Acct 54-6507092 |
| 4. Bank of America<br>4060 Ogletown Stan<br>Mail code DES-019<br>Newark, DE 19713 | $15,705.00 | Acct 5490350321825825 |
| 5. American Express<br>PO Box 981537<br>EL Paso, TX 79998 | $30,336.00 | Acct 3499913420594173 |
| 6. Fourth Group<br>22 E. Cullerton St. #1<br>Chicago, IL 60616 | $18,462.01 | Unit 7E |
| 7. Federated Financial Corp<br>Advanta<br>30955 Northwestern<br>Farmington Hills, MI 48334 | $ 20,600.26 | Acct 5584189706600149 |
| 8. Northwestern Memorial<br>Hospital<br>PO Box 73690<br>Chicago, IL 60673-7690 | $13,597.76 | Acct 66525890-001 |
| 9. Chase Bank USA NA<br>800 Brooksedge Blvd<br>Westerville, OH 43081 | $3,009.00 | Acct 560364294220524 |
| 10. Professional Credit Control<br>1731 Howe Ave. #359<br>Sacramento, CA 95825 | $12,790.13 | Acct 4547 |

| | | |
|---|---|---|
| 11. Verizon Wireless<br>777 Big Timber Road<br>Elgin, IL 60123 | $3,795.63 | Acct 880329211-00001 |
| 12. Verizon Wireless<br>777 big Timber Road<br>Elgin, IL 60123 | $7,021.12 | Acct 088033237600001 |

JUDGEMENTS

| | |
|---|---|
| 13. George Foster<br>Weltman Weinberg & reis<br>180 N. LaSalle St. # 240<br>Chicago, Il 60601 | $126,991.00 |
| 14. David S. Canon<br>Allen Keith E. Offices law<br>333 W Wacker Drive<br>Chicago, Il 60606 | $50,000.00 |
| 15. Rockrose Development<br>111 Centre Street<br>New York, New York 10013 | $17,115.00 |
| 16. Specialist Holdings<br>Norman Hanfling<br>208 S. LaSalle #1400<br>Chicago, IL 60604 | $440,000.00 |
| 17. NNN123<br>Fox Hefter Swibel & Carro<br>200 W. Madison #300<br>Chicago, Il 60606 | $74,223.51 |
| 18. Bank of Montreal/ Harris Trust<br>Teller Levit Silvertrust<br>11 East Adams 8th Flr<br>Chicago Il, 60603 | $120849.00 |
| 19. Northern Trust<br>Latimer Levay Jurasek LLC<br>55 West Monroe #1100<br>Chicago Il, 60603 | $52,359.00 |

20. Milburn Holdings LLC        $100,000.00
    Foley & Lardner
    321 N. Clark #2800
    Chicago, Il 60654

Form 4
(10/05)

# United States Bankruptcy Court
## _____ District Of _____

In re _____,
         Debtor

Case No. _____

Chapter _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

Date: _____

_____
Debtor

*[Declaration as in Form 2]*

Official Form 4

# INSTRUCTIONS FOR COMPLETING OFFICIAL FORM 4
# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## I. INSTRUCTION

Official Form 4 is to be completed by a debtor in a chapter 11 case or a debtor in a chapter 9 municipality case. Other debtors should not complete or file this form.

## II. APPLICABLE LAW AND RULES

Rule 1007(d) of the Federal Rules of Bankruptcy Procedure (referred to as "Bankruptcy Rule" or "Fed. R. Bankr. P.") requires chapter 11 and chapter 9 debtors to file, with the petition, a list containing the name, address, and claim of the creditors holding the 20 largest unsecured claims. Excluded from this list are any "insiders," as defined in 11 U.S.C. § 101; and secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. Debtors in an involuntary chapter 11 case are required to file this list within two days after entry of the order for relief under section 303(h) of the Bankruptcy Code. Bankruptcy Rule 1007(m) requires a debtor that knows a person on the list to be a minor child to include also the name, address, and legal relationship of any person upon whom process would be served under Bankruptcy Rule 2004(b)(2).

**Definitions:**

(1) Insider --- Debtors should refer to section 101 of the Bankruptcy Code for the definition of a "insider."

(2) Secured Claim --- A claim is secured if the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from the property before creditors who do not have liens on the property. A claim is secured only to the extent to which the value of the creditor's interest in a property equals the amount of the debt. Any amount not protected by collateral is unsecured. 11 U.S.C. § 506. Examples of liens are a mortgage on real estate and a security interest in a car, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien.

(3) Unsecured Claim --- If a claim is not a secured claim, it is unsecured. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

(4) Contingent Claim --- A claim is contingent if the debtor's liability depends on a occurrence of a certain event, such as when the debtor is a consignor on another person's loan, and that person fails to pay.

Form 23
(10/05)

# United States Bankruptcy Court

_NORTHERN_ District Of _ILLINOIS_

In re _PHYLLIS N. BALDWIN_
_SHAWN D. BALDWIN_,
        Debtor

Case No. _____

Chapter __11__

**DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE
CONCERNING PERSONAL FINANCIAL MANAGEMENT**

*[Complete one of the following statements.]*

☑ I/We, _PHYLLIS N. BALDWIN_
_SHAWN D. BALDWIN_, the debtor(s) in the above-
(Printed Name(s) of Debtor and Joint Debtor, if any)
styled case hereby certify that on _9/3/2009_ I/we completed an instructional
        (Date)
course in personal financial management provided by _123 CREDIT COUNSELING_
                                                    (Name of Provider)
an approved personal financial management instruction provider. If the provider furnished a
document attesting to the completion of the personal financial management instructional
course, a copy of that document is attached.

☐ I/We, _____, the debtor(s) in the above-
styled
        (Printed Names of Debtor and Joint Debtor, if any)
case, hereby certify that no personal financial management course is required because:
*[Check the appropriate box.]*
☐ I am/We are incapacitated or disabled, as defined in 11 U.S.C. § 109(h);
☐ I am/We are on active military duty in a military combat zone; or
☐ I/We reside in a district in which the United States trustee (or bankruptcy administrator) has
determined that the approved instructional courses are not adequate at this time to serve the
additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: _[signature]_

Date: _SEPT 4, 2009_

Signature of Joint Debtor: _[signature]_

Date: _SEPT 4, 2009_