## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| Shawn and Phyllis Baldwin, | ) | |
| | ) | Case No. 09 B 33105 |
| | ) | |
| Debtors. | ) | Judge A. Benjamin Goldgar |

### Order Dismissing Chapter 11 Case

This case is before the court on the United States Trustee's motion under 11 U.S.C. § 1112(b) to convert this Chapter 11 case to a case under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq*, or, in the alternative, to dismiss the case. After notice and a hearing, the Court orders as follows:

1. This case is dismissed;

2. The Debtor shall forthwith pay the United States Trustee the sum of **$325**, that amount being the sum owed pursuant to 28 U.S.C. §1930.

ENTER:

Dated: ~~January 11, 2010~~ Feb. 1, 2010

A. Benjamin Goldgar
United States Bankruptcy Judge