Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 09−33105
Chapter: 11
Judge: A. Benjamin Goldgar

In Re:
   Phyllis N Baldwin                              Shawn D Baldwin
   1601 S State Street                         1601 S State Street
   7E                                                    7E
   Chicago, IL 60616                         Chicago, IL 60616

Social Security / Individual Taxpayer ID No.:
   xxx−xx−0853                                xxx−xx−2880

Employer Tax ID / Other nos.:

---

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above case was entered on February 1, 2010

FOR THE COURT

Dated: February 2, 2010                               <u>Kenneth S. Gardner , Clerk</u>
                                                               United States Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: mhenley              Page 1 of 1            Date Rcvd: Feb 02, 2010
Case: 09-33105                 Form ID: ntcdsm            Total Noticed: 34

The following entities were noticed by first class mail on Feb 04, 2010.
db/jdb       +Phyllis N Baldwin,    Shawn D Baldwin,    1601 S State Street,    7E,   Chicago, IL 60616-1450
14653151      American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
14418237      Bank of America,    4060 Ogletown Stan,    Mail Code Des-019,    Newark De 19713
14524126     +Bank of America, National Association,    c/o Codilis & Assocaites, P.C.,
               15W030 North Frontage Road, Suite 100,    Burr Ridge, IL 60527-6921
14418252     +Bank of Montreal/Harris Trust,    Teller Levit Silvertrust,    11 East adams,
               Chicago IL 60603-6369
14418246     +Children Memorial,    75 Remittance Dr,    Suite 92611,    Chicago IL 60675-1001
14418234     +CitiCards,    701 E 60th St N,    Sioux Sd 57104-0432
14418236     +DSNB/Macy's,    9111 Duke Blvd,    Mason Oh 45040-8999
14418248     +David S Canon,    Allen Keith E Offices Law,    333 W Wacker Drive,    Chicago IL 60606-1220
14418240     +Federated Financial Corp,    30955 Northwestern,    Farmington Hills Mi 48334-2580
14611393      Federated Financial Corp of America,    30955 Northwestern Highway,
               Farmington Hills, MI    48334-2580
14558582     +First Equity,    c/o Creditors Bankruptcy Court,    P O Box 740933,    Dallas, TX 75374-0933
14418239     +Fourth Group,    22 E Cullerton St,    #1,   Chicago IL 60616-4877
14418247     +George Foster,    Weltman Weinberg & Reis,    180 N LaSalle St,    Chicago IL 60601-2501
14780569     +Internal Revenue Service,    P.O. Box 21126,    Philadelphia, PA 19114
14418254     +Milburn Holding LLC,    Foley & Lardner,    321 N Clark,    Chicago IL 60654-4714
14418251     +NNN123,    Fox Hefter Swibel & Carro,    200 W Madison,    Chicago IL 60606-3414
14418256     +National City Bank,    4661 E Main St,    Columbus Oh 43213-3193
14418233     +Northern Trust,    50 South LaSalle Street,    Chicago Il 60675-0001
14418253     +Northern Trust,    Latimer Levay Jurasek LLC,    55 West Monroe,    Chicago IL 60603-5001
14418241     +Northwestern Memorial,    P O Box 736900,    Chicago IL 60673-0001
14418235     +Pediatric Faculty Foundation,    P O Box 2787,    Springfield IL 62708-2787
14418243     +Professional Credit Control,    1731 Howe Ave,    Sacramento Ca 95825-2209
14418249     +Rockrose Development,    111 Centre Street,    New York Ny 10013-4390
14418244     +Rudy Sabbagha M D,    680 Lake Shore Drive,    Chicago IL 60611-4546
14418250     +Specialist Holdings,    Norman Hanfling,    208 S LaSalle,    Chicago IL 60604-1000
14727738     +The Northern Trust Company,    c/o Sheryl A. Fyock,,    Latimer LeVay Jurasek LLC,
               55 West Monroe Street Suite 1100,    Chicago, IL 60603-5128
The following entities were noticed by electronic transmission on Feb 02, 2010.
14418238     +EDI: AMEREXPR.COM Feb 02 2010 19:48:00      American Express,    P O Box 981537,
               El Paso Tx 79998-1537
14418242     +EDI: CHASE.COM Feb 02 2010 19:48:00      Chase Bank USA Na,    800 Brooksedge Blvd,
               Westrville oh 43081-2822
14562483      EDI: CHASE.COM Feb 02 2010 19:48:00      Chase Bank USA, N.A.,    PO Box 15145,
               Wilmington, DE 19850-5145
14418234     +EDI: CITICORP.COM Feb 02 2010 19:48:00      CitiCards,    701 E 60th St N,    Sioux Sd 57104-0432
14418245     +EDI: AFNIVZWIRE.COM Feb 02 2010 19:48:00      Verizon Wireless,    777 Big Timber Road,
               Elgin IL 60123-1401
14840768     +EDI: AFNIVZWIRE.COM Feb 02 2010 19:48:00      Verizon Wireless,    PO BOX 3397,
               Bloomington, IL 61702-3397
14418258     +EDI: AFNIVZWIRE.COM Feb 02 2010 19:48:00      Verizon Wirless,    777 Big Timber Road,
               Elgin Il 60123-1401
14418257     +EDI: CHASE.COM Feb 02 2010 19:48:00      Washington Mutal,    11200 W parkland A,    P O Box 3139,
               Milwaukee Wi 53201-3139
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14418255      Real Estate
                                                                                               TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 04, 2010**                     **Signature:** _Joseph Speetjens_